IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:07cr8HTW-JCS

JERRY WAYNE RAMEY

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, **JERRY WAYNE RAMEY**, without prejudice.

STAN HARRIS
Acting United States Attorney

By: /s/ Glenda R. Haynes
GLENDA R. HAYNES
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this 30th day of January, 2008

_____
CHIEF UNITED STATES DISTRICT JUDGE